| Attorney or Party without Attorney:<br>FISH & RICHARDSON<br>500 ARGUELLO STREET, #500<br>REDWOOD CITY, CA 94063<br>Telephone No: 650-839-5070    FAX No: 650-839-5071 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>CHAMBERLAIN GROUP |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of Illinois |
| Plaintiff: THE CHAMBERLAIN GROUP, INC.; |
| Defendant: TECHTRONIC INDUSTRIES CO. LTD.; ET AL |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:16-CV-06094 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT EXHIBITS "A" & "B"

3. a. Party served:     ONE WORLD TECHNOLOGIES, INC BY SERVING ROBERT A. BUGOS, AGENT FOR SERVICE
   b. Person served:     PRESTON POWELL, ASST. SECRETARY, AUTHORIZED TO ACCEPT SERVICE, White, Male, 42 Years Old, Black Hair, 6 Feet 5 Inches, 295 Pounds

4. Address where the party was served:     1428 PEARMAN DAIRY RD.
   ANDERSON, SC 29625

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jun. 13, 2016 (2) at: 3:41PM

7. Person Who Served Papers:
   a. MISTY DAVIS

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3)
       Independent Contractor

A & A LEGAL SERVICE
1541 Bayshore Hwy.
Burlingame, CA 94010-1602
(650) 697-9431     Fax (650) 697-4640

8. I declare under penalty of perjury     that the foregoing is true and correct.

   Date: Mon, Jun. 13, 2016

                                                      (MISTY DAVIS)

Judicial Council Form     PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS IN A CIVIL CASE     8395070.100531