| Attorney or Party without Attorney:<br>FISH & RICHARDSON<br>500 ARGUELLO STREET, #500<br>REDWOOD CITY, CA 94063<br>Telephone No: 650-839-5070      FAX No: 650-839-5071 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>CHAMBERLAIN GROUP |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of Illinois

Plaintiff: THE CHAMBERLAIN GROUP, INC.;
Defendant: TECHTRONIC INDUSTRIES CO. LTD.; ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:16-CV-06094 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT EXHIBITS "A" & "B"

3. a. Party served:   OWT INDUSTRIES, INC BY SERVING ROBERT A. BUGOS, AGENT FOR SEVICE
   b. Person served:  PRESTON POWELL, ASST. SECRETARY, AUTHORIZED TO ACCEPT SERVICE, White, Male, 42 Years Old, Brown Hair, 6 Feet 5 Inches, 295 Pounds

4. Address where the party was served:   1428 PEARMAN DAIRY RD.
   ANDERSON, SC 29625

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jun. 13, 2016 (2) at: 3:41PM

7. Person Who Served Papers:                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MISTY DAVIS
                                                                  d. The Fee for Service was:
   **A & A LEGAL SERVICE**
                                                                  e. I am: (3)
   1541 Bayshore Hwy.                                                        Independent Contractor
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

8. I declare under penalty of perjury            that the foregoing is true and correct.

   Date: Mon, Jun. 13, 2016

                                                                      (MISTY DAVIS)

Judicial Council Form                  PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS IN A CIVIL CASE                    8395070.100532