| Attorney or Party without Attorney:<br>FISH & RICHARDSON<br>500 ARGUELLO STREET, #500<br>REDWOOD CITY, CA 94063<br>Telephone No: 650-839-5070  FAX No: 650-839-5071 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>CHAMBERLAIN GROUP | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of Illinois | | |
| Plaintiff: THE CHAMBERLAIN GROUP, INC.;<br>Defendant: TECHTRONIC INDUSTRIES CO. LTD.; ET AL | | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:16-CV-06094 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT EXHIBITS "A" & "B"

3. a. Party served: RYOBI TECHNOLOGIES, INC. BY SERVING ROBERT A. BUGOS, AGENT FOR SERVICE
   b. Person served: PRESTON POWELL, ASST. SECRETARY, AUTHORIZED TO ACCEPT SERVICE, White, Male, 42 Years Old, Brown Hair, 6 Feet 5 Inches, 295 Pounds

4. Address where the party was served: 1428 PEARMAN DAIRY RD.
   ANDERSON, SC 29625

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jun. 13, 2016 (2) at: 3:41PM

7. Person Who Served Papers:
   a. MISTY DAVIS

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3)
      Independent Contractor

A & A LEGAL SERVICE
1541 Bayshore Hwy.
Burlingame, CA 94010-1602
(650) 697-9431         Fax (650) 697-4640

8. I declare under penalty of perjury          that the foregoing is true and correct.
   Date: Mon, Jun. 13, 2016

                                               (MISTY DAVIS)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE            8395070.100533