| Attorney or Party without Attorney: <br> FISH & RICHARDSON <br> 500 ARGUELLO STREET, #500 <br> REDWOOD CITY, CA 94063 <br> Telephone No: 650-839-5070  FAX No: 650-839-5071 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: CHAMBERLAIN GROUP |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of Illinois

Plaintiff: THE CHAMBERLAIN GROUP, INC.;
Defendant: TECHTRONIC INDUSTRIES CO. LTD.; ET AL

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: 1:16-CV-06094 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT EXHIBITS "A" & "B"

3. a. Party served: TECHTRONIC INDUSTRIES NORTH AMERICA, INC. BY SERVING CSC LAWYERS INCORPORATING SERVICE COMPANY, AGENT FOR SERVICE
   b. Person served: ELINAM RENNER, WORKFLOW COORDINATOR, AUTHORIZED TO ACCEPT SERVICE, Black, Male, 38 Years Old, Black Hair

4. Address where the party was served: 7 ST. PAUL STREET SUITE 820 BALTIMORE, MD 21202

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jun. 13, 2016 (2) at: 3:51PM

7. Person Who Served Papers:
   a. DANIEL WILLIAMS

   A & A LEGAL SERVICE

   1541 Bayshore Hwy.
   Burlingame, CA 94010-1602
   (650) 697-9431          Fax (650) 697-4640

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3)
       (i) Independent Contractor

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Jun. 13, 2016

   *(signature)* (DANIEL WILLIAMS)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

8395070.100534